**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE ROOSEVELT NATIONAL PARK,<br><br>Defendant. | ) | Civil Action 16-CV-1104 (APM) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Defendant United States Department of the Interior's Theodore Roosevelt National Park ("Defendant") and Plaintiff, Public Employees for Environmental Responsibility ("Plaintiff") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The Parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff a lump sum of one thousand five hundred dollars and zero cents ($1,500.00) in attorneys' fees and costs in this matter.

3. Payment of such attorneys' fees and costs will be made by an electronic transfer of funds to a bank account specified by Plaintiff. Upon filing the Stipulation of Settlement and Dismissal, the Parties will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to

records or portions of records sought in this action. This Stipulation of Settlement and Dismissal is understood not to preclude or prevent Plaintiff from seeking through the Freedom of Information Act or other means records not sought in the Freedom of Information Act requests that gave rise to this action.

5. Defendant agrees not to seek any fees from Plaintiff in connection with its response to the Freedom of Information Act requests that gave rise to the Complaint in this case.

6. This Stipulation of Settlement and Dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement and Dismissal shall include all claims for attorneys' fees and costs, as well as search, review, and processing fees incurred by either Party in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

7. This Stipulation of Settlement and Dismissal shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

8. This Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

9. The parties agree that this Stipulation of Settlement and Dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

10. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

11. This Stipulation of Settlement and Dismissal may be executed in counterparts as if executed by both parties on the same document. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

12. This Court may retain jurisdiction for the sole purpose of enforcing this Stipulation.

Respectfully submitted this 4th day of October, 2016

______________________________
Laura Dumais
DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337
ldumais@peer.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: ______________________________
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Facsimile: (202) 252-2599

*Counsel for Defendant*

10. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

11. This Stipulation of Settlement and Dismissal may be executed in counterparts as if executed by both parties on the same document. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

12. This Court may retain jurisdiction for the sole purpose of enforcing this Stipulation.

Respectfully submitted this ___ day of October, 2016

Laura Dumais
DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337
ldumais@peer.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: ______________________
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Facsimile: (202) 252-2599

*Counsel for Defendant*